```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/28/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURLINGTON PACKAGING, INC.,

        Plaintiff,

-against-

EXTRA PACKAGING, INC.,

        Defendant.

20 Misc. 184 (AT)

Case Pending in the U.S. District Court for the Eastern District of New York No. 08 Civ. 1515

**ORDER**

ANALISA TORRES, District Judge:

    On April 7, 2020, Inmark, LLC ("Inmark"), moved for an order to quash, or in the alternative, a protective order limiting the scope of, the subpoena for production of documents directed at it by Burlington Packaging, Inc. Motion, ECF No. 1. The Court has been advised that the parties have reached an agreement regarding a narrowed scope of the subpoena and based on that agreement, Inmark withdraws its motion, without prejudice. ECF No. 12.

    Accordingly, it is hereby ORDERED that this case is DISMISSED without prejudice. The Clerk of Court is directed to terminate the motion at ECF No. 1 and close the case.

    SO ORDERED.

Dated: April 28, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge